UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KENNETH PHILLIPS,

                     **Plaintiff,**　　　　　　　　　　24-CV-5742 (DEH) (VF)

      -against-　　　　　　　　　　　　　　　　**ORDER**

GOOGLE LLC, and YOUTUBE LLC

                     **Defendants.**

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    In light of Plaintiff's letter stating his intention to proceed *pro se*, ECF No. 10, Defendants' are directed to answer, or otherwise respond, to the Complaint by **Friday, September 13, 2024**.

    **SO ORDERED.**

DATED:　　New York, New York
　　　　　　August 14, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VALERIE FIGUEREDO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge