UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PHILLIPS,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOOGLE LLC, et al.,<br><br>                    Defendants. | 24 Civ. 5742 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On July 31, 2024, Defendants consented to proceed before the Magistrate Judge. ECF No. 5. By **September 6, 2024**, Plaintiff shall indicate whether he also consents to be assigned the Magistrate Judge rather than before the undersigned. The Plaintiff may sign the attached form or is free to withhold consent without negative consequences.

If both parties consent to proceed before the Magistrate Judge and the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

The Clerk of Court is respectfully directed to mail this Order and the attached Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form.

SO ORDERED.

Dated: August 21, 2024
       New York, New York

                                                            DALE E. HO
                                                    United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Kenneth Phillips | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:24-cv-05742 |
| Google LLC and YouTube, LLC | ) |
| *Defendant* | ) |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Google LLC, Benjamin D. Margo, Wilson Sonsini Goodrich & Rosati, P.C. | /s/ Benjamin D. Margo | 07/31/2024 |
| YouTube, LLC, Benjamin D. Margo, Wilson Sonsini Goodrich & Rosati, P.C. | /s/ Benjamin D. Margo | 07/31/2024 |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PHILLIPS, *pro se*,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC and YOUTUBE, LLC,<br><br>    Defendants. | Case No. 1:24-cv-05742<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 31, 2024, I caused the foregoing to be filed with the Clerk, United States District Court, Southern District of New York via CM/ECF and served on the following:

**Via U.S. Mail**

Kenneth Phillips
317 West 45th Street, #416
New York, New York 10036

Dated: July 31, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Benjamin D. Margo*
Benjamin D. Margo (BM2015)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bmargo@wsgr.com

*Counsel for Defendants*
*Google LLC and YouTube, LLC*