UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KENNETH PHILLIPS,

                      **Plaintiff,**                              24-CV-5742 (VF)

        -against-                                 **ORDER**

**GOOGLE LLC, and YOUTUBE LLC**

                     **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A conference in this matter is hereby scheduled for **November 25, 2024 at 10:00 a.m.**.

The parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.

Please dial 1-(888)-808-6929; conference passcode [9781335].

        **SO ORDERED.**

DATED:    New York, New York
                October 23, 2024

                                                                         _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge