**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**KENNETH PHILLIPS,**

                              **Plaintiff,**                    **24-CV-5742 (VF)**

          **-against-**                                                  **ORDER**

**GOOGLE LLC, and YOUTUBE LLC**

                              **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Clerk of Court is respectfully directed to update Plaintiff's address on the docket to:

2505 3rd Ave
Apt 2B
Bronx, New York 10451.

       Additionally, the Clerk of Court is respectfully directed to mail a copy of the Court's

Opinion and Order filed at ECF No. 24 to Plaintiff at the above address.

       **SO ORDERED.**

DATED:      New York, New York
                July 24, 2025

                                                                    _____
                                                             VALERIE FIGUEREDO
                                                              United States Magistrate Judge