**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------------X**

**KENNETH PHILLIPS,**

                         **Plaintiff,**                    **24-CV-5742 (VF)**

             **-against-**                       **ORDER**

**GOOGLE LLC, and YOUTUBE LLC**

                         **Defendants.**

**------------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court's decision at ECF No. 24 was returned as undelivered after being mailed to

Plaintiff so Plaintiff has not seen it yet. The decision is being mailed again to his updated

address. Thus, Plaintiff's deadline to file an amended complaint is **September 2, 2025.**

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at:

2505 3rd Ave
Apt 2B
Bronx, New York 10451.

        **SO ORDERED.**

DATED:      New York, New York
             July 24, 2025

                                 _____

                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge