**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KENNETH PHILLIPS, *pro se*,

        Plaintiff,

    -against-

GOOGLE LLC and YOUTUBE, LLC,

        Defendants.

Case No.:  1:24-cv-05742-VF

Hon. Valerie Figueredo

## ORDER

For the reasons stated in this Court's Memorandum Opinion and Order dismissing the complaint, dated **June 30, 2025** (Dkt. 24), and because Plaintiff failed to file an amended complaint by the previously ordered deadline, **September 2, 2025** (see Dkt. 27):

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Plaintiff's complaint, previously dismissed with leave to amend, is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated:    October 16, 2025

                             Hon. Valerie Figueredo
                             United States Magistrate Judge